IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION



APR 23 2026 PM 1:42
FILED - USDC - NDTX - AM

UNITED STATES OF AMERICA

v.

TIMOTHY SCOTT GAMBREL

NO. **2 - 26 C R - 0 44 - 7**

## <u>INDICTMENT</u>

The Grand Jury Charges:

<u>Count One</u>
Possession with Intent to Distribute 50 Grams or More of Methamphetamine
(Violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(B)(viii))

On or about April 7, 2026, in the Amarillo Division of the Northern District of Texas, and elsewhere, **Timothy Scott Gambrel**, defendant, did intentionally and knowingly possess with intent to distribute 50 grams and more, but less than 500 grams, of a mixture and substance containing a detectable amount of Methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B)(viii).

**Timothy Scott Gambrel**
**Indictment – Page 1**

Count Two
Possession of a Firearm in Furtherance of a Drug Trafficking Crime
(Violation of 18 U.S.C. § 924(c))

On or about April 7, 2026, in the Amarillo Division of the Northern District of Texas, and elsewhere, **Timothy Scott Gambrel**, defendant, did knowingly possess a firearm, that is, a Ruger, Model LCP, .380 caliber, semi-automatic handgun, serial number 37429412, in furtherance of a drug trafficking crime, that is, Possession with Intent to Distribute 50 Grams and More of Methamphetamine, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(viii), as charged in count one of this indictment, an offense for which the defendant may be prosecuted in a court of the United States.

In violation of Title 18, United States Code, Section 924(c).

**Timothy Scott Gambrel**
**Indictment – Page 2**

<u>Count Three</u>
Convicted Felon in Possession of a Firearm
(Violation of 18 U.S.C. §§ 922(g)(1), 924(a)(8))

On or about April 7, 2026, in the Amarillo Division of the Northern District of Texas, and elsewhere, **Timothy Scott Gambrel**, defendant, knowing he had previously been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess in and affecting interstate and foreign commerce a firearm, that is, a Ruger, Model LCP, .380 caliber, semi-automatic handgun, serial number 37429412.

In violation of Title 18, United States Code, Sections 922(g)(1), 924(a)(8).

**Timothy Scott Gambrel**
**Indictment – Page 3**

Forfeiture Notice
(18 U.S.C. § 924(d), 21 U.S.C. § 853, and 28 U.S.C. § 2461(c))

Pursuant to Title 21, United States Code, Section 853, Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), upon conviction of any offense in this indictment, **Timothy Scott Gambrel** shall forfeit to the United States of America any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense[s] and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offense(s).   The property to be forfeited includes, but is not limited to, the following: a Ruger, Model LCP, .380 caliber, semi-automatic handgun, serial number 37429412, as well as any magazines, ammunition, and other firearm accessories recovered with the firearm.   If any of the property described above, as a result of any act or omission of the defendant[s]:

a.    cannot be located upon the exercise of due diligence;

b.    has been transferred or sold to, or deposited with, a third party;

c.    has been placed beyond the jurisdiction of the court;

d.    has been substantially diminished in value; or

e.    has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p).

**Timothy Scott Gambrel**
**Indictment – Page 4**

A TRUE BILL:

_____
FOREPERSON


RYAN RAYBOULD
UNITED STATES ATTORNEY


_____
JEFFREY R. HAAG
Assistant United States Attorney
West Texas Branch Chief
Texas State Bar No. 24027064
1205 Texas Avenue, Suite 700
Lubbock, Texas 79401
Telephone:    806-472-7559
Facsimile:    806-472-7394
E-mail:        jeffrey.haag@usdoj.gov


**Timothy Scott Gambrel**
**Indictment – Page 5**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

THE UNITED STATES OF AMERICA

v.

TIMOTHY SCOTT GAMBREL

| | |
|---|---|
| COUNT 1: | POSSESSION WITH INTENT TO 50 GRAMS OR MORE OF METHAMPHETAMINE<br>Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B)(viii). |
| COUNT 2: | POSSESSION OF A FIREARM IN FURTHERANCE OF A DRUG TRAFFICKING CRIME<br>Title 18, United States Code, Section 924(c). |
| COUNT 3: | CONVICTED FELON IN POSSESSION OF A FIREARM<br>Title 18, United States Code, Sections 922(g)(1), 924(a)(8).<br>FORFEITURE NOTICE |

(3 COUNTS + FORFEITURE NOTICE)

A true bill rendered:

Amarillo _____ _____ Foreperson

Filed in open court this the 23rd day of April 2026.

_____ Clerk

ARREST WARRANT TO ISSUE

_____
UNITED STATES MAGISTRATE JUDGE

**Timothy Scott Gambrel**
**Indictment – Page 6**